HYMAN ROSEN, Appellant, *v.* EQUITABLE PAPER BAG CO., INC., Respondent.

Submitted October 6, 1941; decided October 16, 1941.

In the Matter of the Claim of ULYSSES JENKINS, against DUMP TRUCK SERVICE, Employer.

STATE INSURANCE FUND, Insurance Carrier.

Submitted October 6, 1941; decided October 16, 1941.

*Ulysses Jenkins,* in person, for motion.

*William F. O'Rourke* opposed.

Motion dismissed on the ground that no appeal has been taken to the Appellate Division.

FRED LAPP, Appellant, *v.* CORA LAPP, Respondent.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied. (See 286 N. Y. 252.)

SCHENECTADY TRUST COMPANY, as Trustee, Respondent, *v.* NATHANIEL D. EMMONS, Appellant, and SECURITY FIRST NATIONAL BANK OF LOS ANGELES, as Executor of GEORGE E. EMMONS, Deceased, et al., Respondents, Impleaded with Others.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 626.)